UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>        Petitioner,<br><br>    v.<br><br>AREF FAKHOURY,<br><br>        Respondent. | CASE NO. ED CV 12-313-ABC (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   August 17, 2012 .

                                            */s/ Audrey B. Collins*
                                            AUDREY B. COLLINS
                                            UNITED STATES DISTRICT JUDGE

C:\Temp\notes6B490C\~9996108.wpd